**Order entered January 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00051-CR

### EX PARTE MANUEL LUPE RIOS JR.

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W90-54751-U(D)**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his post-conviction application for writ of habeas corpus filed under article 11.072 of the code of criminal procedure. Under the amended version of Texas Rule of Appellate Procedure 31 effective December 1, 2018, this is an accelerated appeal for purposes of filing the record, but thereafter will be subject to "the same briefing rules, deadlines, and schedule that apply to direct appeals from criminal cases." *See* TEX. R. APP. P. 31.1(a).

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record by **January 30, 2019**. We **ORDER** that the clerk's record contain copies of the writ application, any response from the State, the trial court's order adjudicating the writ application, any findings

of fact and conclusions of law, the indictment, the underlying judgment, any other documents related to the application for writ of habeas corpus, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **January 30, 2019**, either the reporter's record or written verification that no hearing was conducted.

Appellant's brief will be due thirty days after the record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; Felicia Pitre, Dallas County District Clerk; counsel for the State; and to Manuel Lupe Rios, Jr.

/s/    LANA MYERS
       JUSTICE